IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR106-092
)
VINCENT SAVAGEAU, )
)
　　　Defendant. )
)

## O R D E R

Before the Court is Defendant's Motion for Reconsideration. (Doc. 169.) After careful consideration of the record in this case, the Court sees no reason to reconsider its prior order. (Doc. 168.) Accordingly, Defendant's motion is **DENIED**.

SO ORDERED this 8th day of September 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA