IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

VINCENT SAVAGEAU,                    )
                                     )
        Petitioner,                  )
                                     )
v.                                   )        CASE NO. CV120-089
                                     )
UNITED STATES OF AMERICA,            )
                                     )
        Respondent.                  )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 2.) After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's § 2255 Petition is **DISMISSED** as successive. In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this *30th* day of July 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA